364 S.E.2d 140 (1988)
321 N.C. 591
Julio MEDINA, Jr.
v.
TOWN AND COUNTRY FORD, INC., and NCNB National Bank of North Carolina.
No. 338A87.
Supreme Court of North Carolina.
February 3, 1988.
*141 Weinstein & Sturges, P.A. by Fenton T. Erwin, Jr., Charlotte, for plaintiff appellee.
Bailey, Patterson, Caddell & Bailey, P.A. by Allen A. Bailey and H. Morris Caddell, Jr., Charlotte, for defendant appellant Town and Country Ford, Inc.
PER CURIAM.
AFFIRMED.